UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADELE KIRTLEY,

        Plaintiff,                    Case Number 21-11516

v.                                       Honorable David M. Lawson

SYBRA, LLC,

        Defendant.
_____/

## ORDER REGARDING JURY DEMAND

Pursuant to the stipulation of the parties (ECF No. 12), it is **ORDERED** that the case shall be tried before a jury in lieu of a trial before the Court sitting without a jury.

                                                    s/David M. Lawson
                                                    DAVID M. LAWSON
                                                    United States District Judge

Dated:   November 30, 2021